BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719
    E-mail:    Alexander.Su@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF $111,698.00 IN U.S. CURRENCY. | Case No. 2:25-CM-71<br><br>JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT<br><br>[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
|---|---|

It is hereby stipulated between the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander Su, and claimant in pro se ADRIANA ALEMAN ("Claimant"), as to $111,698.00 in U.S. Currency (Consolidated Asset Tracking System Identification Number 25-DEA-717570) seized from a residence located at 3219 1/2 Adelia Avenue, El Monte, California, on or about December 17, 2024 ("Seized Property"), as follows:

1. Claimant has filed a written claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to the Seized Property.

2. The DEA sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)-(E), the time for any person to file a claim in the administrative proceeding to the Seized Property has either expired or been tolled. No person other than Claimant has filed a claim to the Seized Property.

3. Under 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint for forfeiture against the Seized Property and/or to obtain an indictment alleging that the Seized Property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be June 11, 2025, unless the Court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties hereby agree to extend to October 9, 2025, the time in which the government is to file a complaint for forfeiture against the Seized Property and/or to obtain an indictment alleging that the Seized Property is subject to forfeiture, so that the government can further investigate this matter and the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

5. Claimant knowingly, intelligently, and voluntarily gives up any right Claimant may have under 18 U.S.C. §§ 983(a)(3)(A)-(a)(3)(C) to require the government to file a complaint for forfeiture against the Seized Property and/or to obtain an indictment alleging that the Seized Property is subject to forfeiture, alleging that the Seized Property is subject to forfeiture by June 11, 2025, and any right Claimant may have to seek dismissal of any complaint and/or any

2

forfeiture allegation in an indictment on the ground that it was not filed or returned on or before such date.

6.  The parties agree that the deadlines by which the government shall be required to file a complaint for forfeiture against the Seized Property alleging that the Seized Property is subject to forfeiture be extended to October 9, 2025.

7.  Claimant acknowledges that she has had time sufficient to decide whether to consult an attorney and is knowingly proceeding herein pro se.

/////

NOW, THEREFORE, the parties hereby STIPULATE AND REQUEST that the government's time to file a complaint for forfeiture against the Seized Property and/or to obtain an indictment in connection with the Seized Property extended to and include October 9, 2025.

SO STIPULATED.

Dated: June 9, 2025                    Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
United States Attorney
Chief, Criminal Division

JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

   /s/Alexander Su
ALEXANDER SU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 9, 2025                    Respectfully submitted,

ADRIANA ALEMAN

Claimant Pro Se

**PROOF OF SERVICE BY ELECTRONIC MAIL**

**AND BY FIRST CLASS MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 11th Floor, Los Angeles, California 90012.

On June 10, 2025, I served copies of: **JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below:

**X**   By Electronic Mail and by First Class Mail: By transmitting said documents(s) to the email address and regular mailing address listed below.

> **Adriana Aleman**
> **3219 1/2 Adelia Ave.**
> **El Monte, CA 91733**
> **alemanadriana528@gmail.com**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on June 10, 2025, at Los Angeles, California.

/s/ *Paul J. Read*
**PAUL J. READ**
Paralegal, FSA